NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1432
(Opposition No. 91/157,073)

THE FOUNDATION FOR A CHRISTIAN CIVILIZATION, INC.,

Appellant,

v.

MARY QUEEN OF THE THIRD MILLENIUM, INC.,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of the unopposed motion for leave to include in the joint

appendix briefs filed in the underlying proceeding,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP - 2 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jordan S. Weinstein, Esq.
Michael C. Cesarano, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK